# DeBOTTIS & SCHAAL

Attorneys at Law
312 Broad Street, Oneida, NY 13421

| | |
|---|---|
| Michel J. DeBottis | MAIN PHONE    (315) 363-6800 |
| Randy J. Schaal | DIRECT PHONE (315) 363-6888 |
| | FAX                  (315) 363-6801 |

June 25, 2010

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

**RECEIVED**

JUN 2 8 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re: Connie Prudenti
    Bankruptcy Case No. 05-61174

Dear Sirs:

Enclosed please find check no. 10112 made payable to United States Bankruptcy Court Clerk f/b/o Collect America in the amount of $11,953.75. The original check was sent to Collect America, 370 17th Street, Ste. 5000, Denver, CO 80202. Said check was returned to our office marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward."

Sincerely,

Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.

**FILED**

JUN 2 8 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY